UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILLIAM GURNEY; and ZACHARY JORDAN,** : <br> : <br> : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **PFIZER INC.,** : <br> : <br> **Defendant.** : <br> : | **Case No. 08-cv-3835 (TPG)** <br><br> **(ECF)** |

## NOTICE OF APPEARANCE

COMES NOW, Lori B. Leskin, of the law firm of Kaye Scholer LLP, and respectfully gives notice of appearance for Defendant Pfizer Inc. in the above styled case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 16, 2008 | s/ Lori B. Leskin </br> Lori B. Leskin </br> **KAYE SCHOLER LLP** </br> 425 Park Avenue </br> New York, New York </br> (212) 836-8000 |