JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 5 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 2 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION           MDL No. 1724

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-21)

On January 26, 2006, the Panel transferred six civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 414 F.Supp.2d 1357 (J.P.M.L. 2006). Since that time, 51 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of January 26, 2006, and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 2 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VIAGRA PRODUCTS LIABILITY LITIGATION                MDL No. 1724

### SCHEDULE CTO-21 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

NEW YORK SOUTHERN
NYS 1 08-3832    Cynthia T. Jackson, etc. v. Pfizer Inc.    08-1436
NYS 1 08-3833    Charles A. Buie, et al. v. Pfizer Inc.    08-1437
NYS 1 08-3835    William Gurney, et al. v. Pfizer Inc.    08-1438
NYS 1 08-3854    Michael Anthony Januszewski, et al. v. Pfizer Inc.    08-1439
NYS 1 08-3855    David Jeffrey Mourick, et al. v. Pfizer Inc.    08-1440